UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:22-CV-90-BO-KS |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the ALJ's decision is not supported by substantial evidence. The decision of the Commissioner is therefore REVERSED. Plaintiff's motion for judgment on the pleadings [DE 15] is GRANTED and defendant's motion for judgment on the pleadings [DE 18] is DENIED.

This case is closed.

**This judgment filed and entered on July 7, 2023, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Thomas Paul Zimarowski (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

July 7, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk